# APPEALS ACCEPTED FOR REVIEW

**2007–1865.   State v. Aleshire.**
Licking App. No. 2007–CA–1, 2007-Ohio-4446. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decision in 2006–1973, *State v. Sarkozy,* Cuyahoga App. No. 86952, 2006-Ohio-3977; and briefing schedule stayed.

1506

MOYER, C.J., would also accept the appeal on Proposition of Law No. I.

LUNDBERG STRATTON and O'CONNOR, JJ., would also accept the appeal on Proposition of Law Nos. I, III, IV, and V.

PFEIFER, O'DONNELL, and CUPP, JJ., dissent.